United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 24-03095-MJC
Arthur Paul Price  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2
Date Rcvd: Dec 23, 2024      Form ID: ntnew341      Total Noticed: 17

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Arthur Paul Price, 304 Weavertown Road, Shavertown, PA 18708-9360 |
| 5672400 | + | Berinstein-Burkley, 601 Grant Street, Floor 9, Pittsburgh, PA 15219-4430 |
| 5672406 | + | Luzerne County Federal Credit Union, 200 North River Street, Wilkes Barre, PA 18711-1004 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5672402 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Dec 23 2024 18:43:00 | Credit Corp Solutions, 63 East 11400 South 408, Sandy, UT 84070 |
| 5672401 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 23 2024 18:40:49 | Capital One Bank, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5672404 | | Email/Text: bankruptcy@glsllc.com | Dec 23 2024 18:43:00 | Global Lending Services, 1200 Brookfield Boulevard, Suite 30, Greenville, SC 29607 |
| 5672403 | + | Email/Text: galaxybk@galaxyllc.net | Dec 23 2024 18:43:00 | Galaxy International Purchasing, 4730 South Fort Apache Road #300, Las Vegas, NV 89147-7947 |
| 5672405 | ^ | MEBN | Dec 23 2024 18:38:23 | KML Law Group, BNY Mellon Independence Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5672407 | + | Email/Text: bankruptcy@marinerfinance.com | Dec 23 2024 18:43:00 | Mariner Finance, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5672408 | + | Email/PDF: ebnotices@pnmac.com | Dec 23 2024 18:52:50 | PennyMac Loan Services, PO Box 2410, Moorpark, CA 93020-2410 |
| 5673062 | | Email/Text: bnc-quantum@quantum3group.com | Dec 23 2024 18:43:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5673728 | | Email/Text: bnc-quantum@quantum3group.com | Dec 23 2024 18:43:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5672409 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 23 2024 18:41:23 | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5672410 | | Email/Text: bankruptcy@springoakscapital.com | Dec 23 2024 18:43:00 | Spring Oaks Capital, 1400 Crossways Boulevard #100B, Chesapeake, VA 23320 |
| 5672411 | + | Email/Text: bankruptcy@sw-credit.com | Dec 23 2024 18:43:00 | SWC Group, 4120 International Parkway #1100, Carrollton, TX 75007-1958 |
| 5672412 | | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 23 2024 18:52:44 | Synchrony Bank / Old Navy, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 5672413 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 23 2024 18:43:00 | Verizon Wireless, PO Box 25505, Lehigh Valley, |

PA 18002-5505

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Arthur Paul Price pmurphy@dplglaw.com  kgreene@dplglaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Arthur Paul Price,

**Debtor 1**

Chapter 13

Case No. 5:24−bk−03095−MJC

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 890 248 6951, Click on Join using passcode 9568534732, or call 1−267−552−4885<br><br>For additional meeting information go to https://www.justice.gov/ust/moc | Date: February 10, 2025<br><br>Time: 08:30 AM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DaneishaDunbarYancey, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: December 23, 2024 |

ntnew341 (09/23)