## Paycheck Summary

| Employee | Pay Dates | Check Date | Gross Pay | Net Pay | YTD Gross |
|---|---|---|---|---|---|
| PRICE, ARTHUR | 10/18/2024 - 10/31/2024 - $2665.85 | 11/8/2024 | $2,665.85 | $1,776.56 | $78,959.36 |

## Hours Information

| Hours Code | Department | Hours Worked | Gross | YTD Gross |
|---|---|---|---|---|
| 02 - Represented Wages | 4235 - LCCF | 64 | $2,049.44 | $39,419.70 |
| FMLA VAC REP - FMLA VACATION REPRESENTED | 4235 - LCCF | 8 | $256.18 | $1,024.72 |
| J3 - Shift Dif. - .50 | 4235 - LCCF | 80 | $40.00 | $843.50 |
| TR - Training Pay | 4235 - LCCF | 2 | $64.05 | $192.15 |
| V2 - Represented Vacation | 4235 - LCCF | 8 | $256.18 | $2,561.80 |
| 05 - OT @ 1.5 | 4235 - LCCF | | | $19,381.77 |
| FL - FMLA - W/P | 4235 - LCCF | | | $512.36 |
| FMLA PER REP - FMLA PERSONAL REPRESENTED | 4235 - LCCF | | | $256.18 |
| FMLA SCK REP - FMLA SICK REPRESENTED | 4235 - LCCF | | | $3,202.25 |
| FW - FMLA W/O Pay | 4235 - LCCF | | | |
| H2 - Holiday 1.5 | 4235 - LCCF | | | $3,458.44 |
| H4 - Holiday 2.0 | 4235 - LCCF | | | $1,120.81 |
| H5 - Holiday Prison CO Not Working | 4235 - LCCF | | | $768.54 |
| HN - Holiday Represented | 4235 - LCCF | | | $1,793.26 |
| J1 - Shift Diff.-.40 | 4235 - LCCF | | | $105.90 |
| LO - Longevity | 4235 - LCCF | | | $800.00 |
| P EARN - Personal Earned | 4235 - LCCF | | | |
| P2 - Personal Union | 4235 - LCCF | | | $1,537.08 |
| S EARN - Sick Earned | 4235 - LCCF | | | |
| S2 - Sick Union | 4235 - LCCF | | | $1,280.90 |
| UA LIUNA - LIUNA Non Tax Uniform | 4235 - LCCF | | | $700.00 |
| V EARN - Vacation Earned | 4235 - LCCF | | | |
| | | TOTALS | $2,665.85 | $78,959.36 |

## Withholding and Deduction

| Code | Gross | Amount | YTD Amount |
|---|---|---|---|
| FED - Federal Tax | $2,475.58 | $353.59 | $11,956.63 |
| Social Security - Social Security | $2,608.87 | $161.76 | $4,749.49 |
| PA - PA State Tax | $2,608.87 | $80.09 | $2,351.76 |
| MED - Medicare | $2,608.87 | $37.83 | $1,110.77 |
| 31 - Jackson Twp. | $2,608.87 | $26.09 | $767.77 |
| LST 73 - LST 73 Wilkes Barre City | $2,665.85 | $2.00 | $20.00 |
| PA SUTA - PA Unemployment | $2,665.85 | $1.88 | $29.83 |

| Company: | LUZERNE COUNTY | Name: | PRICE, ARTHUR |
| --- | --- | --- | --- |
| Address: | 200 N River St<br>Wilkes-Barre, PA 18711 | Employee #: | 5679 |
| Department: | 4235 LCCF | Pay Dates: | 10/18/2024 - 10/31/2024 |

| Hours Code | | Hours Worked | Gross | Y.T.D Gross |
| --- | --- | ---: | ---: | ---: |
| TR | Training Pay | 2.0000 | 64.05 | 192.15 |
| FL | FMLA - W/P | 0.0000 | 0.00 | 512.36 |
| 02 | Represented Wages | 64.0000 | 2049.44 | 39419.70 |
| V2 | Represented Vacation | 8.0000 | 256.18 | 2561.80 |
| H5 | Holiday Prison CO Not Working | 0.0000 | 0.00 | 768.54 |
| FMLA SCK REP | FMLA SICK REPRESENTED | 0.0000 | 0.00 | 3202.25 |
| FMLA VAC REP | FMLA VACATION REPRESENTED | 8.0000 | 256.18 | 1024.72 |
| FMLA PER REP | FMLA PERSONAL REPRESENTED | 0.0000 | 0.00 | 256.18 |
| H4 | Holiday 2.0 | 0.0000 | 0.00 | 1120.81 |
| UA LIUNA | LIUNA Non Tax Uniform | 0.0000 | 0.00 | 700.00 |
| HN | Holiday Represented | 0.0000 | 0.00 | 1793.26 |
| H2 | Holiday 1.5 | 0.0000 | 0.00 | 3458.44 |
| LO | Longevity | 0.0000 | 0.00 | 800.00 |
| FW | FMLA W/O Pay | 0.0000 | 0.00 | 0.00 |
| 05 | OT @ 1.5 | 0.0000 | 0.00 | 19381.77 |
| P2 | Personal Union | 0.0000 | 0.00 | 1537.08 |
| J1 | Shift Diff.-.40 | 0.0000 | 0.00 | 105.90 |
| J3 | Shift Dif. - .50 | 80.0000 | 40.00 | 843.50 |
| S2 | Sick - Union | 0.0000 | 0.00 | 1280.90 |
| | **Gross Pay:** | | **$2,665.85** | **$78,959.36** |

Broadcast Message



THIS IS NOT A CHECK

ARTHUR PRICE
304 Weavertown Road
Shavertown, PA 18708

11/08/2024    $1,776.56

| Withholdings and Deductions | | Gross | Amount | Y.T.D. Amount |
|---|---|---|---|---|
| 31 | Jackson Twp. | 2608.87 | 26.09 | 767.77 |
| 73 | SV-Wilkes Barre City - NOT USED | 0.00 | 0.00 | 24.00 |
| A6Pre | AFLAC Accident-Pre Tax | 0.00 | 0.00 | 202.50 |
| A8 | AFLAC St Disb Post Tax | 0.00 | 0.00 | 729.00 |
| CL ACC Pre | Colonial Life Group Accident Pre | 0.00 | 0.00 | 27.76 |
| CL Can Post | Colonial Life Critical Illness 4 | 0.00 | 0.00 | 121.24 |
| CL CI Post | Colonial Life Critical Illness 1 | 0.00 | 0.00 | 75.84 |
| CL DI 7 7 Post | Colonial Life Group Disability 1 | 0.00 | 0.00 | 238.08 |
| DI | United Concordia Individual Pre | 0.00 | 0.00 | 186.55 |
| DNTL IND | DENTAL INDIVIDUAL COVERAGE | 0.00 | 14.35 | 172.20 |
| FED | Federal Tax | 2475.58 | 353.59 | 11956.63 |
| Hlth500-12 S | Health 26-500-12 Single | 0.00 | 0.00 | 554.19 |
| HMO - EMP ONLY | HMO - Employee Only | 0.00 | 42.63 | 511.56 |
| LST 73 | LST 73 Wilkes Barre City | 2665.85 | 2.00 | 20.00 |
| LTDIS | Vol Long Term Disability | 0.00 | 0.00 | 67.95 |
| MED | Medicare | 2608.87 | 37.83 | 1110.77 |
| MM WL EE Post | Mass Mutual Whole Life EE Post | 0.00 | 0.00 | 63.18 |
| OA OLS Post | One America One Lump Sum LTD | 0.00 | 0.00 | 48.00 |
| OA VGTLEE Post | One America EE Term Life AD&D | 0.00 | 0.00 | 97.20 |
| OA VLTD Post | One America Long Term Disb. | 0.00 | 0.00 | 64.48 |
| PA | PA State Tax | 2608.87 | 80.09 | 2351.76 |
| PA SUTA | PA Unemployment | 2665.85 | 1.88 | 29.83 |
| PL | East.PA. Political League | 0.00 | 4.00 | 88.00 |
| PS | PSEU | 0.00 | 31.78 | 699.16 |
| RE | Retirement | 2665.85 | 133.29 | 3912.95 |
| Social Security | Social Security | 2608.87 | 161.76 | 4749.49 |
| UI | PA Unemployment | 0.00 | 0.00 | 24.96 |
| USBC | United States Bankruptcy Court | 0.00 | 0.00 | 5239.40 |
| | NetPay: | | $1,776.56 | $44,824.91 |
| | CheckAmount: | | 0.00 | |

| Employer Paid Taxes and Benefits | | Gross | Amount | Y.T.D. Amount |
|---|---|---|---|---|
| MED | Medicare | 2608.87 | 37.83 | 1110.77 |
| PA SUTA | PA Unemployment | 0.00 | 0.00 | 224.00 |
| Social Security | Social Security | 2608.87 | 161.76 | 4749.49 |
| FPH 26 | First Priority Health - 26 | 0.00 | 0.00 | 4064.19 |
| HMO | HMO | 0.00 | 312.63 | 3126.30 |
| LIFE | Life Insurance Employer | 0.00 | 13.75 | 147.09 |

| Bank | Transaction Number | Deposit Amount | Y.T.D. Deposit Amount |
|---|---|---|---|
| LUZERNE COUNTY FCU | | 100.00 | 2300.00 |
| PENN STAR | | 1676.56 | 42524.91 |