In re:  
Arthur Paul Price  
    Debtor

Case No. 24-03095-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2  
Date Rcvd: Feb 10, 2025     Form ID: ntcnfhrg     Total Noticed: 20

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Arthur Paul Price, 304 Weavertown Road, Shavertown, PA 18708-9360 |
| 5672400 | + | Berinstein-Burkley, 601 Grant Street, Floor 9, Pittsburgh, PA 15219-4430 |
| 5672406 | + | Luzerne County Federal Credit Union, 200 North River Street, Wilkes Barre, PA 18711-1004 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: kebeck@bernsteinlaw.com | Feb 10 2025 18:39:00 | Global Lending Services LLC, C/o Keri P. Ebeck, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219, PA 15219, UNITED STATES 15219-4430 |
| 5672402 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Feb 10 2025 18:39:00 | Credit Corp Solutions, 63 East 11400 South 408, Sandy, UT 84070 |
| 5672401 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 10 2025 18:56:24 | Capital One Bank, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5672404 | | Email/Text: bankruptcy@glsllc.com | Feb 10 2025 18:39:00 | Global Lending Services, 1200 Brookfield Boulevard, Suite 30, Greenville, SC 29607 |
| 5687214 | | Email/Text: bankruptcy@glsllc.com | Feb 10 2025 18:39:00 | Global Lending Services LLC, 1200 Brookfield Blvd Ste 300, Greenville, South Carolina 29607 |
| 5672403 | + | Email/Text: galaxybk@galaxyllc.net | Feb 10 2025 18:39:41 | Galaxy International Purchasing, 4730 South Fort Apache Road #300, Las Vegas, NV 89147-7947 |
| 5672405 | ^ | MEBN | Feb 10 2025 18:35:44 | KML Law Group, BNY Mellon Independence Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5680020 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 10 2025 18:43:29 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5672407 | + | Email/Text: bankruptcy@marinerfinance.com | Feb 10 2025 18:39:00 | Mariner Finance, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5672408 | + | Email/PDF: ebnotices@pnmac.com | Feb 10 2025 18:56:31 | PennyMac Loan Services, PO Box 2410, Moorpark, CA 93020-2410 |
| 5673062 | | Email/Text: bnc-quantum@quantum3group.com | Feb 10 2025 18:39:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5673728 | | Email/Text: bnc-quantum@quantum3group.com | Feb 10 2025 18:39:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5672409 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 10 2025 18:43:31 | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5672410 | | Email/Text: bankruptcy@springoakscapital.com | Feb 10 2025 18:39:00 | Spring Oaks Capital, 1400 Crossways Boulevard |

| Recip ID | Bypass/Email | Date/Time | Name and Address |
|---|---|---|---|
| | | | #100B, Chesapeake, VA 23320 |
| 5672411 | + Email/Text: bankruptcy@sw-credit.com | Feb 10 2025 18:39:00 | SWC Group, 4120 International Parkway #1100, Carrollton, TX 75007-1958 |
| 5672412 | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 10 2025 18:43:28 | Synchrony Bank / Old Navy, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 5672413 | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 10 2025 18:39:00 | Verizon Wireless, PO Box 25505, Lehigh Valley, PA 18002-5505 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5685468 | *+ | PENNYMAC LOAN SERVICES, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 12, 2025     Signature: /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC blemon@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Keri P Ebeck | on behalf of Creditor Global Lending Services LLC kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;politicsci2@gmail.com;agilbert@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Arthur Paul Price pmurphy@dplglaw.com kgreene@dplglaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Arthur Paul Price,                  Chapter       13

   **Debtor 1**
                                    Case No.      5:24−bk−03095−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**March 13, 2025** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: March 20, 2025<br>Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: DaneishaDunbarYancey, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: February 10, 2025 |

ntcnfhrg (08/21)