# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Arthur Paul Price,

**Debtor 1**

Chapter          13

Case No.          5:24–bk–03095–MJC

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on February 28, 2025. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated:  April 3, 2025

orcnfpln(05/18)

In re:

Arthur Paul Price
**Debtor 1**

**Chapter** 13

**Case No.** 5:24-BK-03095-MJC

**Matter:** Order Confirming Amended Chapter 13 Plan

**CERTIFICATE OF SERVICE**

I hereby certify that on Thursday, April 3, 2025, I served a true and correct copy of the **Order Confirming Amended Chapter 13 Plan** in this proceeding via electronic means or USPS First Class Mail upon the recipients as listed in the Mailing Matrix.

/s/ Kathryn S. Greene

Kathryn S. Greene, M-Jur., RP®, Pa.C.P.
Paralegal for Paul D. Murphy-Ahles, Esquire

Label Matrix for local noticing
0314-5
Case 5:24-bk-03095-MJC
Middle District of Pennsylvania
Wilkes-Barre
Fri Feb 28 11:47:46 EST 2025

Global Lending Services LLC
C/o Keri P. Ebeck
601 Grant Street
9th Floor
Pittsburgh, PA 15219, PA 15219-4430

U.S. Bankruptcy Court
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA 18701-1500

Berinstein-Burkley
601 Grant Street, Floor 9
Pittsburgh, PA 15219-4430

Capital One Bank
PO Box 30285
Salt Lake City, UT 84130-0285

(p)CREDIT CORP SOLUTIONS INC
121 W ELECTION RD
SANDY UT 84020-7706

Galaxy International Purchasing
4730 South Fort Apache Road #300
Las Vegas, NV 89147-7947

(p)GLOBAL LENDING SERVICES LLC
1200 BROOKFIELD BLVD STE 300
GREENVILLE SC 29607-6583

KML Law Group
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106-1541

LVNV Funding LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC   29603-0587

Luzerne County Federal Credit Union
200 North River Street
Wilkes Barre, PA 18711-1004

Mariner Finance
8211 Town Center Drive
Nottingham, MD 21236-5904

PENNYMAC LOAN SERVICES, LLC
P.O. Box 2410
Moorpark, CA 93020-2410

Quantum3 Group LLC as agent for
Credit Corp Solutions Inc
PO Box 788
Kirkland, WA  98083-0788

Quantum3 Group LLC as agent for
Galaxy International Purchasing LLC
PO Box 788
Kirkland, WA  98083-0788

Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

SWC Group
4120 International Parkway #1100
Carrollton, TX 75007-1958

(p)SPRING OAKS CAPITAL  LLC
1400 CROSSWAYS BLVD STE 100B
CHESAPEAKE VA 23320-0207

Synchrony Bank / Old Navy
Attn: Bankruptcy Department
PO Box 965060
Orlando, FL 32896-5060

United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102-1104

Verizon Wireless
PO Box 25505
Lehigh Valley, PA 18002-5505

Arthur Paul Price
304 Weavertown Road
Shavertown, PA 18708-9360

(p)JACK N  ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

Paul Donald Murphy-Ahles
Dethlefs Pykosh & Murphy
2132 Market Street
Camp Hill, PA 17011-4706

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Credit Corp Solutions
63 East 11400 South 408
Sandy, UT 84070

Global Lending Services
1200 Brookfield Boulevard, Suite 30
Greenville, SC 29607

(d)Global Lending Services LLC
1200 Brookfield Blvd Ste 300
Greenville, South Carolina 29607

Spring Oaks Capital
1400 Crossways Boulevard #100B
Chesapeake, VA 23320

Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)PENNYMAC LOAN SERVICES, LLC

(d)PennyMac Loan Services
PO Box 2410
Moorpark, CA 93020-2410

End of Label Matrix
Mailable recipients    23
Bypassed recipients     2
Total                  25