# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Arthur Paul Price<br>**Debtor 1** | **Chapter** 13 |
| | **Case No.** 5:24-BK-03095-MJC |
| Global Lending Services, LLC<br>**Movant(s)**<br>v.<br>Arthur Paul Price<br>Dawn Marie Dennis (Non-Filing Co-Debtor)<br>**Respondent(s)**<br>Jack N. Zaharopoulos, Esquire<br>Standing Chapter 13 Trustee<br>**Additional Respondent** | **Matter:** Motion for Relief from the Automatic Stay<br><br>**Document No.** 41 |

## DEBTOR(S)' ANSWER TO MOVANT(S)' MOTION
## FOR RELIEF FROM THE AUTOMATIC STAY

AND NOW, come the Debtor(s), Arthur Paul Price, through their attorney, Paul D. Murphy-Ahles, Esquire and DETHLEFS PYKOSH & MURPHY, who files the within Debtor(s)' Answer to Movant(s)' Motion for Relief from the Automatic Stay and aver as follows:

1.      Admitted.

2.      Admitted.

3.      Paragraph 3 contains a conclusion of law to which no response is required.

4.      Admitted.

5.      Upon information and belief, the averment as stated in Paragraph 5 is admitted.

6.      Upon information and belief, the averment as stated in Paragraph 6 is admitted.

7.      Upon information and belief, the averment as stated in Paragraph 7 is admitted.

8.      Denied.  Debtor(s) are without sufficient knowledge as to the truth of the averment as stated in Paragraph 8; therefore, it is denied.

9.      Denied.  Debtor(s) are without sufficient knowledge as to the truth of the averment as stated in Paragraph 9; therefore, it is denied.

10.     Upon information and belief, the averment as stated in Paragraph 10 is admitted.

11.     Paragraph 11 contains a conclusion of law to which no response is required.

12.     Paragraph 12 contains a conclusion of law to which no response is required.

13.     Paragraph 13 contains a conclusion of law to which no response is required.


WHEREFORE, Debtor(s) requests this Court deny the requested relief.


Respectfully submitted,
**DETHLEFS PYKOSH & MURPHY**

Date: May 27, 2025                    /s/ Paul D. Murphy-Ahles

Paul D. Murphy-Ahles, Esquire
PA ID No. 201207
2132 Market Street
Camp Hill, PA 17011
(717) 975-9446
pmurphy@dplglaw.com
*Attorney for Debtor(s)*

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Arthur Paul Price | **Chapter** 13 |
| **Debtor 1** | |
| | **Case No.** 5:24-BK-03095-MJC |
| Global Lending Services, LLC | |
| **Movant(s)** | **Matter:** Motion for Relief from the |
| v. | Automatic Stay |
| Arthur Paul Price | |
| Dawn Marie Dennis (Non-Filing Co-Debtor) | **Document No.** 41 |
| **Respondent(s)** | |
| Jack N. Zaharopoulos, Esquire | |
| Standing Chapter 13 Trustee | |
| **Additional Respondent** | |

## CERTIFICATE OF SERVICE

I hereby certify that on Tuesday, May 27, 2025, I served a true and correct copy of the **Debtor(s)' Answer to Movant(s)' Motion for Relief from the Automatic Stay** in this proceeding via electronic means upon the following:

Brent Lemon, Esquire
Keri Ebeck, Esquire
BERNSTEIN-BURKLEY
601 Grant Street, Floor 9
Pittsburgh, PA 15219
*Counsel for Movant(s)*

Jack N. Zaharopoulos, Esquire
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Office of the United States Trustee
Sylvia H. Rambo United States Courthouse
1501 North Sixth Street, Floor 3
Harrisburg, PA 17102


/s/ Kathryn S. Greene

Kathryn S. Greene, M-Jur., RP®, Pa.C.P.
Paralegal for Paul D. Murphy-Ahles, Esquire