**LOCAL BANKRUPTCY FORM 9019-1**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:
Arthur Paul Price : CHAPTER 13
:
: CASE NO. 5-24-bk-03095-MJC
:
**Debtor(s)**
Global Lending Services LLC : ADVERSARY NO. ___-___-ap-_____
: (if applicable)
:
:
**Plaintiff(s)/Movant(s)**
vs. : Nature of Proceeding: Motion
Arthur Paul Price :
: Pleading: Relief from Stay
:
:
**Defendant(s)/Respondent(s)** : Document #: 41

**REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST***

CHECK ONE:

☐ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

✔ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).
✔ Thirty (30) days.
☐ Forty-five (45) days.
☐ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 7/14/2025           /s/ Brent J. Lemon
                           Attorney for Movant

*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.